# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., and GRANT HEILMAN, <br><br> Plaintiffs, <br><br> v. <br><br> HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and R.R. DONNELLEY & SONS COMPANY, <br><br> Defendants. | Misc. Business Docket No. _____ |

## MOTION OF NONPARTY LOIS NOVOTNY
## TO QUASH PLAINTIFFS' SUBPOENA AND FOR SANCTIONS

Lois Novotny ("Novotny"), a nonparty in the above-captioned matter, by and through her counsel, pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby respectfully moves to quash plaintiffs' subpoena and for sanctions against Plaintiffs and their counsel. In support of her motion, Novotny relies upon the accompanying memorandum of law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that the parties have conferred in good faith in an attempt to resolve this matter without the intervention of the Court, but they have been unable to do so.

| | |
|---|---|
| Dated:  November 2, 2010 | Respectfully submitted, |
| | |
| OF COUNSEL: | /s/ David S. Clancy |
| Robert R. Baron, Jr. | David S. Clancy (BBO #636031) |
| Corinne Militello | SKADDEN, ARPS, SLATE, MEAGHER |
| BALLARD SPAHR LLP | & FLOM LLP |
| 1735 Market Street, 51st Floor | One Beacon Street |
| Philadelphia, PA 19103-7599 | Boston, Massachusetts 02108 |
| Phone:  215-665-8500 | Phone:  (617) 573-4800 |
| Email:  baron@ballardspahr.com | Email:  David.Clancy@skadden.com |
| militelloc@ballardspahr.com | |

J. Russell Jackson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
Phone:  212-735-7839
Email:  russell.jackson@skadden.com

David Richard Pehlke
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Phone:  312-407-0442
Email:  david.pehlke@skadden.com

*Attorneys for Defendants Houghton Mifflin Harcourt Publishing Company,
R.R. Donnelley & Sons Company, and Lois Novotny*

### CERTIFICATE OF SERVICE

I, David S. Clancy, hereby certify that on November 2, 2010, I caused a true copy of the foregoing document to be served via First Class Mail, electronic mail, and overnight mail, upon the following attorneys:

| | |
|---|---|
| Maurice Harmon | Christopher Seidman |
| HARMON & SEIDMAN LLC | 101 S. Third St., Suite 265 |
| The Pennsville School | Grand Junction, CO 81501 |
| 533 Walnut Drive | Phone: 970 245 9075 |
| Northampton, PA 18067 | Email: chris@harmonseidman.com |
| Phone: 610 262 9288 | |
| Email: maurice@harmonseidman.com | |
| | |
| Dated:  November 2, 2010 | /s/ David S. Clancy |
| | David S. Clancy |